Marie ASSA'AD–FALTAS, Party-in–Interest–Appellant,

and

Jonathan David McCoy, Plaintiff,

v.

CITY OF COLUMBIA; John K. Passmore, in his individual and official capacity; James Heywood, in his individual and official capacity; Amanda H. Long, in her individual and official capacity, Defendants–Appellees,

and

Columbia Police Department, City of, Defendant.

No. 13–1593.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2013.

Decided: Dec. 19, 2013.

Marie Therese Assa'ad–Faltas, Appellant Pro Se. Peter Michael Balthazor, Office of the City Attorney, Columbia, South Carolina; Matthew Blaine Rosbrugh, MBR Law, LLC, Columbia, South Carolina, for Appellees.

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad–Faltas appeals the district court's order summarily denying her motion for a permanent injunction. Assa'ad–Faltas has also filed an application to proceed in forma pauperis, as well as motions to mediate the appeal, to impose sanctions, and to strike the Appellees' informal brief. The Appellees have filed a motion to dismiss the appeal, to dismiss the City of Columbia from the appeal, and for sanctions against Assa'ad–Faltas.

We have reviewed the record and find no reversible error. Accordingly, although we grant Assa'ad–Faltas's application to proceed in forma pauperis, we deny the remaining pending motions and affirm the district court's order. *Assa'ad–Faltas v. City of Columbia*, No. 5:10–cv–00132–JFA (D.S.C. May 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*